# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 11, 2023

| No. 22-2815 | ALAN BRAID,<br>        Plaintiff - Appellant<br>v.<br>OSCAR A. STILLEY, et al.,<br>        Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-05283<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||
| No. 22-2881 | ALAN BRAID,<br>        Plaintiff - Appellee<br>v.<br>OSCAR A. STILLEY, et al.,<br>       Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:21-cv-05283<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

The following is before the court: **APPELLEE/CROSS APPELLANT OSCAR STILLEY'S MOTION TO DISMISS CROSS APPEAL AND ISSUE THE CUSTOMARY SCHEDULING ORDER UNDER A CONSISTENT SHORT TITLE, WITH INCLUDED BRIEF**, filed on January 6, 2023, by the pro se appellee.

On December 7, 2022, Oscar Stilley's cross-appeal was dismissed pursuant to Circuit Rule 3(b). Accordingly,

**IT IS ORDERED** that Stilley's request to voluntarily dismiss appeal no. 22-2881 is **DENIED** as unnecessary.

Nos. 22-2815, et al., Page 2

**IT IS FURTHER ORDERED** that to the extent that Stilley asks the court to file the second part of his motion as his response brief, the request is **DENIED**. Briefing in appeal no. 22-2815 will continue as scheduled in this court's order dated December 30, 2022, and Stilley should file his response brief after the appellant's brief is filed. The clerk will send a copy of this court's public docket sheet in appeal no. 22-2815 to Stilley at his new address.

**IT IS FINALLY ORDERED** that the clerk will update the short title and caption to list Stilley as the first defendant-appellee.

form name: **c7_Order_BTC**   (form ID: **178**)