# In the
# United States Court of Appeals
## for the Seventh Circuit

---

ALAN BRAID

*Plaintiff-* Appellant

v.

FELIPE N GOMEZ

*Defendant-* Appellee

---

Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division, No. 21cv5283.
The Honorable Judge Jorge Alonso, Judge Presiding.

---

**GOMEZ NOTICE OF 3.7.23 BANKRUPTCY 23-3023 (NDILL)
AND AUTOMATIC STAY ON ATTORNEY FEE COLLECTION**

---

Submitted By:

Felipe Gomez, Pre Se
1415 Ardmore Unit 7139
Villa Park IL 60181
312.509.2071
t312.509.2071@gmail.com

3.7.23

CERTIFICATE OF SERVICE

I hereby certify that on this date, an electronic copy of the foregoing Notice of Bankruptcy Stay, and Attachment, was filed with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit using the appellate CM/ECF system, and service will be accomplished on all appearing parties by the appellate CM/ECF system.

Respectfully submitted on 3.7.23
s/ Felipe Nery Gomez
Felipe N Gomez
1415 Ardmore #7139
Villa Park, Ill 60181
312.509.2071

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

*******************************************************************************

ALAN BRAID                              21cv5283

v

OSCAR STILLEY
FELIPE GOMEZ
et al.
*******************************************************************************
*******************************************************************************

SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY OF ACTIONS AS TO DEFENDANT GOMEZ

Be it notified to all that a Chapter 7 no asset bankruptcy was filed in the N.D. Illinois on 3.7.23 (23-3023) (See Attached Notice), by Defendant Felipe Gomez. THE AUTOMATIC STAY APPLIES TO THIS ACTION, AS WELL AS PLAINTIFF AND ITS ATTORNEYS.

NO FURTHER ATTEMPTS TO COLLECT ANY ALLEGED DEBT, ACTIONS OR JUDGMENTS MAY BE MADE OR TAKEN BY ANY PERSON AGAINST FELIPE GOMEZ, INCLUDING ATTEMPTS TO COLLECT ANY ALLEGED DEBT BY WAY OF ANY COURT, INCLUDING THE USCA7 COURT OF APPEALS IN 22-2815, to the extent Plaintiff filed several claims for fees in this Court including in the Motion for Summary Judgement (*Dkt. [75]*) and in his Motion for Contempt (*Dkt. [124] at 9 of 12*,) and seeks to collect same by way of attempting to reverse this Court on appeal, WITHOUT AN ORDER FROM THE BANKRUPTCY COURT AFTER PROPER MOTION AND BRIEFING, AND AFTER ANY APPEAL THEREOF.

REPORTED BY:        *s/ Felipe Gomez, Pro Se*        DATE: 3.07.23

Felipe Gomez
312.509.2071
t312.509.2071@gmail.com

**ATTACHMENT**

**NOTICE OF BANKRUPTCY**

United States Bankruptcy Court
Northern District of Illinois

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 03/07/2023 at 1:01 PM and filed on 03/07/2023.

**Felipe Nery Gomez**
1415 Ardmore
#7139
Villa Park, IL 60181
SSN / ITIN: xxx-xx-4730

The bankruptcy trustee is:

**David P Leibowitz, ESQ**
Law Offices of David P Leibowitz LLC
3478 N. Broadway - Unit 234
Chicago, IL 60657-6968
312-662-5750

The case was assigned case number 23-03023 to Judge A. Benjamin Goldgar.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ilnb.uscourts.gov/ or at the Clerk's Office, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL 60604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jeffrey P. Allsteadt**
**Clerk, U.S. Bankruptcy Court**

BR 1007(a)(1)
Preliminary Creditor Name and Address List

Bankruptcy Court for the Northern District of Illinois

*In Re Felipe Nery Gomez*

| Creditor Name/Address | | |
|---|---|---|
| AT&T<br>Bankruptcy Department<br>PO Box 769<br>Arlington , TX 76004 | | |
| AT&T Wireless Services Inc<br>Bankruptcy Department<br>PO Box 309<br>Portland , OR 97207-0309 | | |
| Mr. and Mrs. Mykola and Halyna Bagan<br>2112 W. Walton Street<br>Apt 1<br>Chicago, IL 60622 | | |
| Capital One<br>POB 30285<br>Salt Lake City , UT 84130-0285 | | |
| City of Chicago<br>Office of the City Clerk<br>121 N. LaSalle St., Room 107<br>Chicago , IL 60602 | | |
| Comcast<br>41112 Concept Dr<br>Plymouth , MI 48170-4253 | | |
| Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oak Brook Terrace , IL 60181 | | |

11

| | | |
|---|---|---|
| DIRECTV LLC<br>Attn: Bankruptcies<br>POB 6550<br>Greenwood Village , CO 80155-6550 | | |
| Illinois Student Assistance Commission<br>Bankruptcy Department<br>1755 Lake Cook Road<br>Deerfield , IL 60015 | | |
| Illinois Department of Revenue<br>Bankruptcy Unit<br>P O Box 19035<br>Springfield , IL 62794-9035 | | |
| The Illinois Tollway<br>PO Box 5544<br>Chicago , IL 60680 | | |
| NICOR Northern Illinois Gas<br>Attention Bankruptcy & Collections<br>PO Box 549<br>Aurora , IL 60507 | | |
| Peoples Gas Light & Coke Company<br>200 E Randolph Street<br>Chicago , IL 60601 | | |
| Portfolio Recovery Associates LLC<br>POB 41067<br>Norfolk , VA 23541-1067 | | |
| Sprint Nextel Correspondence<br>Attn: Bankruptcy Dept<br>POB 7949<br>Overland Park , KS 66207-0949 | | |
| T Mobile USA<br>POB 53410<br>Bellevue , WA 98015-3410 | | |
| USA<br>Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia , PA 19101-7346 | | |

12

| 21cv5283 (NDILL)/21-2815 (USCA7)<br>Potential Creditors/Claimants<br>(Costs/Attorney Fees) | | | |
|---|---|---|---|
| Dr. Alan Braid<br>11740 Mill Rock Road<br>San Antonio, Texas | | | |
| Center for Reproductive Rights<br>1634 Eye St. NW<br>Ste. 600<br>Washington, DC 20006<br>(202) 524-5539 | | | |
| Suyash Agrawal<br>Massey & Gail LLP<br>50 E Washington Street<br>Suite 400<br>Chicago, IL 60602<br>(312)379-0949<br>Email: sagrawal@masseygail.com | | | |
| Molly Rose Duane<br>Center for Reproductive Rights<br>199 Water Street 22nd Floor<br>New York, NY 10038<br>(917) 637-3631<br>Email: mduane@reprorights.org | | | |
| Richard W. Hess<br>Susman Godfrey LLP<br>1000 Louisiana<br>Suite 5100<br>Houston, TX 77002-5096<br>(713) 653-7858<br>Email: rhess@susmangodfrey.com | | | |
| Marc Andrew Hearron<br>Center for Reproductive Rights<br>1634 Eye St. NW<br>Ste. 600<br>Washington, DC 20006<br>(202) 524-5539<br>Email: mhearron@reprorights.org | | | |

13

| Abigail C. Noebels<br>Susman Godfrey L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>(713) 655-5617<br>Email: anoebels@susmangodfrey.com | | |
|---|---|---|
| Katherine Peaslee<br>Susman Godfrey LLP<br>1201 Third Ave<br>Suite 3800<br>Seattle, WA 98101<br>(206) 505-3828<br>Email: kpeaslee@susmangodfrey.com | | |
| Ebony Ray<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6030<br>Email: eray@debevoise.com | | |
| Shannon R. Selden<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>212-909-6000<br>Fax: 212-909-6836<br>Email: srselden@debevoise.com | | |
| Alethea Anne Swift<br>Massey & Gail Llp<br>1000 Maine Ave. Sw, Suite 450<br>Washington, DC 20024<br>(202) 964-7678<br>Email: aswift@masseygail.com | | |
| **19cv3833 (NDILL)/ 20-1344 (USCA7)**<br>**Potential Claimants/Creditors** (costs/fees) | | |
| Barnes & Thornburg LLP<br>11 S Meridian St, Indianapolis, IN 46204 | | |

14

| Charles Schwab & Co, Inc.<br>150 S. Wacker Dr. #100<br>Chicago, IL 60606 | | |
|---|---|---|
| Vincent Trace Schmeltz<br>108 Arthur Ave<br>Clarendon Hills, IL 60514 | | |
| **19cv0827 (NDILL) 21-1597 (USCA7)**<br>**Potential Claimants/Creditors** (costs/fees) | | |
| Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA, 15222 | | |
| Morgan Stanley Smith Barney LLC<br>1585 Broadway<br>NY, NY 11036-8200 | | |
| E*Trade Securities LLC<br>125 S. Wacker Dr<br>#100<br>Chicago, IL 60606 | | |
| James Hulquist<br>125 N Park Ave<br>Hinsdale, IL 60521 | | |
| **18M1714022 (Cook Co.) Potential**<br>**Creditors/Claimants** (Rent/Fees/Costs) | | |
| Law Office of Michael Roberts PC<br>4042 N. Elston Ave<br>Chicago, IL | | |
| Linda Schmid<br>1922 W. Belmont<br>Chicago, IL 60657 | | |

15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

*****************************************************************************

ALAN BRAID M.D.                    21cv5283

v

OSCAR STILLEY, FELIPE GOMEZ,
et al

*****************************************************************************

*****************************************************************************

CERTIFICATE OF SERVICE
SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY OF ACTIONS AS
TO DEFENDANT FELIPE GOMEZ

Undersigned certifies that a copy of the 3.7.23 Suggestion of Bankruptcy Dkt. [201] was served on Plaintiff's by way of the ECF filing system, this date.

CERTIFIED BY: *s/ Felipe Gomez*      DATE: 3.07.23

Felipe Gomez
Chicago, IL
t312.509.2071@gmail.com