# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 13, 2023

*By the Court:*

| No. 22-2815 | ALAN BRAID,<br>                    Plaintiff - Appellant<br>v.<br>OSCAR A. STILLEY, et al.,<br>                    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-05283<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

The following is before the court:

1. **NOTICE OF 3.7.23 BANKRUPTCY 23-3023 AND AUTOMATIC STAY ON ATTORNEY FEE COLLECTION**, filed on March 7, 2023, by the pro se appellee.

2. **FIRST MOTION FOR 30 DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**, filed on March 10, 2023.

Appellee Felipe N. Gomez has notified the court that on March 7, 2023, he filed a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois. Accordingly,

**IT IS ORDERED** that these proceedings are **STAYED** pursuant to the automatic stay provision of 11 U.S.C. §362.

**IT IS FURTHER ORDERED** that the appellee file, on or before April 12, 2023, a status report detailing the progress of the bankruptcy proceeding.

**IT IS FINALLY ORDERED** that the motion for extension of time is **DENIED** as unnecessary at this time.