22-2815

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Alan Braid, M.D. Plaintiff-Appellant<br><br>v.<br><br>Felipe Nery Gomez, Appellee Defendant<br>Wolfgang Demino, Non-Appellee<br>Oscar Stilley, Non-Appellee | (Case Below: 21cv5283) |

## APPELLEE'S STATUS REPORT ON CONTINUED BANKRUPTCY AND INTENT TO EXTINGUISH CLAIMS BELOW

NOW COMES DEFENDANT- APPELLEE FELIPE GOMEZ, PRO SE, and, apologizing for the lack of a prior status, reports that In Re Felipe Nery Gomez, 23-3023, NDILL Bankruptcy Ch. 7, continues, with Debtor Gomez intending to have Braid's claims brought before a bankruptcy court and extinguished and discharges, leaving no claims to pursue in Illinois-sitting federal courts, trial or appellate.

Gomez reports that potential stay violations by Amici are being reviewed and Amici may also be joined in the BK as to waste and ignorance of 11 USC 362(a).

Gomez reports it is unlikely there will be any claims left for Braid to pursue in Illinois either in district court or on appeal, and that Braid is not deprived of grieving his views thereby, as there are several actions in Texas he can state his views on a Texas law, and CRR as to LBGTQ+ [transgender mutilation doctors' lobby] interests being inappropriately pursued on Womens' Gomez's (a pro choicer, including as to 2nd Amendment) time and back, as a Texas Citizen, which he has actively attempted to avoid, until forced to, now, by Rule of Law.

Dated at Illinois, and filed 4.19.24.

Submitted Pro Se By: *s/ Felipe Nery Gomez*

FELIPE GOMEZ, PRO SE
1415 ARDMORE #7139
VILLA PARK IL 60181
312.509.2071
FGOMEZ9592@GMAIL.COM

22-2815

CERTIFICATE OF FILING AND SERVICE

Appellant hereby certifies this Status Report, as well as this Certificate, were filed with the Seventh Circuit Clerk by way of the CMF e-filing system, and that a copy of each was served on Braid Counsel and Amici by way of the email system.

*Submitted Pro Se By*: *s/Felipe Nery Gomez*

Date: 4.19.23

FELIPE GOMEZ, PRO SE
1415 ARDMORE #7139
VILLA PARK IL 60181
312.509.2071
FGOMEZ9592@GMAIL.COM