# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 20, 2023

*By the Court:*

| | |
|---|---|
| No. 22-2815 | ALAN BRAID, <br>     Plaintiff - Appellant <br> v. <br> OSCAR A. STILLEY, et al., <br>     Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05283 <br> Northern District of Illinois, Eastern Division <br> District Judge Jorge L. Alonso | |

  The following is before the court: **STATUS REPORT ON CONTINUED BANKTRUPTCY AND INTENT TO EXTINGUISH CLAIMS BELOW**, filed on April 19, 2023, by the pro se appellee.

  Appellee Felipe N. Gomez shall file a further status report on or before June 12, 2023.