# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 6, 2023

Before
FRANK H. EASTERBROOK, *Circuit Judge*

| No. 22-2815 | ALAN BRAID,<br>       Plaintiff - Appellant<br><br>v.<br><br>OSCAR A. STILLEY, et al.,<br>       Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-05283<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

Upon consideration of the **APPELLEE OSCAR STILLEY'S MOTION TO LIFT STAY**, filed on May 26, 2023, by the pro se appellee Oscar Stilley,

**IT IS ORDERED** that the motion to lift the bankruptcy stay is **DENIED**. This court cannot act before the bankruptcy court's denial is presented to the district court, and a notice of appeal has been filed by the losing party there.

form name: **c7_Order_3J**     (form ID: **177**)