# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 27, 2024

THOMAS L. KIRSCH II, *Circuit Judge*

| No. 22-2815 | ALAN BRAID,<br>            Plaintiff - Appellant<br><br>v.<br><br>OSCAR A. STILLEY, et al.,<br>            Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-05283<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

The following are before the court:

1. **GOMEZ FRE 201 MOTION FOR JUDICIAL NOTICE AS TO JUDGE GOLDGAR 12.29.23 FINDING OF FAILURE OF TRUSTEE TO OBJECT TO EXEMPTIONS**, filed on January 17, 2024, by Appellee Felipe N. Gomez.

2. **DEBTOR GOMEZ STATUS REPORT ON SIGNIFICANT ACTIVITY IN IN RE GOMEZ 23B3023 (NDILB) AND ATTEMPT TO LIFT STAY**, filed on February 25, 2024, by Appellee Felipe N. Gomez.

**IT IS ORDERED** that the motion for judicial notice is **DENIED**.

**IT IS FURTHER ORDERED** that Appellant Felipe Gomez shall file a new status report within 7 days of the bankruptcy court's resolution of his case or on May 28, 2024, whichever is earlier. Before May 28, Gomez may file a report only if the bankruptcy court resolves his case or rules that the automatic stay does not apply to this appeal.

form name: **c7_Order_BTC**     (form ID: **178**)