# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | | Office of the Clerk |
| United States Courthouse | | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | | |

## FINAL JUDGMENT

July 10, 2025

Before

DIANE S. SYKES, *Chief Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 22-2815 | ALAN BRAID,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>OSCAR A. STILLEY, et al.,<br>　　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05283 | |
| Northern District of Illinois, Eastern Division | |
| District Judge Jorge L. Alonso | |

The judgment of the District Court is AFFIRMED, with costs, because this case belongs in the Texas courts.

The above is in accordance with the decision of this court entered on this date.

Clerk of Court